# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

RONNIE EUGENE WILLIAMS,

    Petitioner,

v.

KARL FORT,

    Respondent.

CIVIL ACTION NO.: 4:21-cv-173

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 7.) Petitioner Ronnie Williams ("Williams") did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Williams' 28 U.S.C. § 2254 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Williams *in forma pauperis* status on appeal and a Certificate of Appealability. In addition, the Court **IMPOSES** a $200 sanction, to be levied against Williams' prisoner trust account, based on this Petition being another unauthorized petition. The Court **DIRECTS** the Clerk of Court to provide a copy of this Order, as well as the Magistrate Judge's Report and Recommendation, (doc. 7), to the custodian at Williams' current place of incarceration.

**SO ORDERED**, this 21st day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA